# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-7161-JGB (JEM) | Date | July 11, 2018 |
|---|---|---|---|
| Title | Mark Lando Gaspar v. County of Los Angeles, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On September 28, 2017, Mark Lando Gaspar ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983.

On November 29, 2017, the Court issued an Initial Case Order, in which Plaintiff was ordered, *inter alia*, to keep the Court apprised of his current address at all times during the pendency of this action and to notify the Court immediately of any address change and its effective date. In addition, Plaintiff was explicitly warned that "any failure by plaintiff to comply with a court order where plaintiff did not receive the order due to failure to inform the court of plaintiff's current address may result in the action being dismissed for plaintiff's failure to prosecute." (Initial Case Order at 2.)

After dismissing Plaintiff's complaint and first amended complaint with leave to amend, Plaintiff filed a second amended complaint ("SAC") on May 14, 2018.

On May 31, 2018, the Court issued an Order Withdrawing Report and Recommendation. (Docket No. 27.) On June 13, 2018, the Court issued a Memorandum and Order Dismissing Second Amended Complaint Leave to Amend, in which Plaintiff was ordered to file a third amended complaint within thirty days. (Docket No. 28.) On July 5, 2018, both of these orders were returned to the Court by the United States Postal Service as undeliverable. (Docket Nos. 29-31.)

Local Rule 41-6 requires Plaintiff, *inter alia*, to keep the Court and opposing parties apprised of his current address. It further provides: "If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution." Plaintiff has failed to comply with Local Rule 41-6 and, therefore, this action is subject to dismissal for lack of prosecution.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-7161-JGB (JEM) | Date | July 11, 2018 |
|---|---|---|---|
| Title | Mark Lando Gaspar v. County of Los Angeles, et al. | | |

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff shall file a written response to this Order to Show Cause no later than **July 25, 2018**. Plaintiff may respond to this Order to Show Cause by providing the Court with his corrected mailing address and by filing his third amended complaint as previously ordered.

Plaintiff's failure to respond in writing to this Order to Show Cause by the deadline shall result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

No extension of this deadline will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer             slo